PHILLIP TALBERT
United States Attorney
MATHEW W. PILE, WSBA No. 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
MARY TSAI, CSBN 216963
Special Assistant United States Attorney
   6401 Security Boulevard
   Baltimore, MD 21235
   Telephone: 510-970-4864
   Facsimile: (415) 744-0134
   E-Mail: mary.tsai@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JESSICA JANE GRIDER,<br><br>   Plaintiff,<br><br>vs.<br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>   Defendant. | Case No.: 1:22-cv-00781-EPG<br><br>STIPULATION FOR SECOND EXTENSION OF TIME; ORDER<br><br>(ECF No. 17) |

  Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Opening Brief be extended forty-five (45) days from April 26, 2023, up to and including June 12, 2023.  This is the parties' fourth stipulation for an extension of the Court's Scheduling Order, and Defendant's second extension.

  Defendant requests this extension because after Defendant's notice of extension, the undersigned counsel has been reassigned nine cases, some of which were reassigned due to prior counsel's need to go on extended leave to attend to an urgent personal matter.  Undersigned counsel has also had multiple unanticipated medical and dental appointments in March and April

1

1  2023, and preplanned leave in May 2023.  Counsel currently has 11 briefs due into June 2023
2  and expects more to come due by June.  Thus, counsel requires additional time to review
3  Plaintiff's opening brief and prepare her responsive brief.
4        The parties further stipulate that the Court's Scheduling Order shall be modified
5  accordingly.

                                                  Respectfully submitted,

Dated:  April 18, 2023                 /s/  *Jonathan Omar Pena\**
                                                  JONATHAN OMAR PENA
                                                  Attorney for Plaintiff
                                                  *as authorized via e-mail on April 18, 2023*

Dated: April 18, 2023                 PHILLIP TALBERT
                                                  United States Attorney
                                                  MATHEW W. PILE
                                                  Associate General Counsel
                                                  Office of Program Litigation, Office 7
                                                  Social Security Administration

                                    By:      /s/  *Mary Tsai*
                                                  MARY TSAI
                                                  Special Assistant U.S. Attorney

                                                  Attorneys for Defendant

# ORDER

Based on the parties' stipulation (ECF No. 17), IT IS ORDERED that Defendant shall have an extension, up to and including June 12, 2023, to respond to Plaintiff's motion for summary judgment. All other deadlines in the Court's scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated:   **April 19, 2023**                                  /s/ Erica P. Grosjean
                                                                    UNITED STATES MAGISTRATE JUDGE